UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| AMANDA RUPP, *On behalf of herself and all others similarly situated,* <br><br> Plaintiff, <br><br> v. <br><br> TEE JAYE'S COUNTRY PLACE, INC., <br><br> Defendant. | Case No. 2:19-cv-04658 <br><br> JUDGE JAMES L. GRAHAM <br><br> MAGISTRATE JUDGE ELIZABETH PRESTON DEAVERS <br><br> **FINAL ORDER AND JUDGMENT APPROVING THE SETTLEMENT AND DISMISSING THE ACTION** |

This matter is before the Court on the Parties' Joint Motion for Approval of Settlement ("Joint Motion") pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). The Joint Motion asks the Court to approve, as fair and reasonable, the proposed *Joint Stipulation of Settlement and Release* ("Settlement Agreement") attached to the Joint Motion as Exhibit 1, including the later-filed addendum within the Supplement to Joint Motion for Approval of Settlement, Doc. 71, as well as the Individual Payments Allocation Schedule attached as Exhibit 3 (Exhibit A to the Settlement Agreement), and the *Plaintiff Amanda Rupp Settlement and Release Agreement* attached as Exhibit 5 (Exhibit B to the Settlement Agreement).

Having reviewed the Settlement Agreement, the Individual Payments Allocation Schedule, and the Plaintiff Amanda Rupp Settlement and Release Agreement, as well as the pleadings and papers filed in this Action, and for good cause established therein, the Court enters this Final Order and Judgment Approving the Settlement and Dismissing the Action, as follows:

1. Plaintiffs assert wage-and-hour claims under the FLSA, 29 U.S.C. §§ 201-219. Defendant Tee Jaye's Country Place, Inc. d/b/a Tee Jaye's Country Place has denied any such violations.

2. The Settlement will cover Named Plaintiff Amanda Rupp, Prior Named Plaintiff Melinda Cockrell, and the Settlement Opt-In Plaintiffs as provided in the Settlement Agreement and Individual Payments Allocation Schedule, all of whom joined the action by submitting consent forms filed with the Court in accordance with 29 U.S.C. § 216(b), and all of whose claims have not been previously dismissed in the action.

3. The Court finds that the proposed Settlement is fair and reasonable and satisfies the standard for approval under the FLSA, 29 U.S.C. § 216(b). There is "a bona fide dispute between the parties as to the employer's liability under the FLSA" and the Settlement is "fair, reasonable, and adequate." *Kritzer v. Safelite Solutions, LLC*, 2012 U.S. Dist. LEXIS 74994, at *17-19 (S.D. Ohio May 30, 2012); *Zego v. Meridian-Henderson*, S.D.Ohio No. 2:15-CV-3098, 2016 U.S. Dist. LEXIS 132320, at *3-4 (Sep. 27, 2016).

4. The Court approves the Settlement Agreement and Individual Payments Allocation Schedule, and orders that the Settlement Agreement be implemented according to its terms and conditions and as directed herein. The Court also approves the Amanda Rupp Settlement and Release Agreement.

5. The Court finds that the Total Settlement Amount, as well as the proposed distributions to the Plaintiffs as listed in the Individual Payments Allocation Schedule, are fair and reasonable. The Court approves the Individual Payments Allocation Schedule and orders that such payments be distributed in the manner, and subject to the terms and conditions, set forth in the Settlement Agreement.

6. The Court approves the proposed service award to Named Plaintiff Amanda Rupp, and orders that such payment be made in the manner, and subject to the terms and

conditions, set forth in the Settlement Agreement and the Rupp Settlement and Release Agreement.

7. The Court approves and awards the payment of attorneys' fees and expense reimbursements to Plaintiffs' Counsel as provided in the Settlement Agreement, and orders that such payments be made in the manner, and subject to the terms and conditions, set forth in the Settlement Agreement.

8. The Court dismisses this Action, and all claims of the named Plaintiff and Opt-Ins, with prejudice. The Court finds there is no just reason for delay and directs the Clerk of the Court to enter this Final Order and Judgment immediately.

9. As requested by the Parties in the Settlement Agreement, the Court retains jurisdiction over the Action to enforce the terms of the Settlement Agreement and resolve any and all disputes thereunder.

**SO ORDERED:**

Date: July 25, 2022

s/ James L. Graham
JAMES L. GRAHAM
United States District Judge